**1006 BRESLER vs. STATE TREASURER, 60 M., 40.**

To compel payment of a balance claimed to be due relator as holder of the bills of the Government Stock Bank.

Denied February 10, 1886.

No mandamus can issue to a state officer to compel him to perform any but some unquestionable and legally defined duty. A right under statute to have the state treasurer pay some definite amount, may be enforced by mandamus; but where the liability is not recognized by the State, no suit will lie to determine it,

and what cannot be done against the State directly, cannot be done under color of suit against a State officer.